UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHLEEN HORSNELL,

    Plaintiff,

CASE NO.: 6:17-CV-01954-ACC-KRS

-vs-

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, KATHLEEN HORSNELL, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, KATHLEEN HORSNELL, and Defendants, NAVIENT SOLUTIONS, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/Octavio Gomez, Esquire
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 559-4845
TGomez@ForThePeople.com
Secondary: JSherwood@ForThePeople.com
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2018, a true and correct copy of the foregoing document was filed electronically in accordance with the Court's guidelines using the Court's CM/ECF system. A copy of this document was served via electronic mail to all parties of record.

/s/Octavio Gomez, Esquire
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620
Morgan & Morgan, Tampa, P.A.
