UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KATHLEEN HORSNELL,

    Plaintiff,

-vs-                              CASE NO.:  6:17-CV-01954-ACC-KRS

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Kathleen Horsnell, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of July, 2018.

| | |
|---|---|
| _/s/Octavio "Tav" Gomez, Esquire_ | _/s/Michael Schuette, Esquire_ |
| Octavio "Tav" Gomez, Esquire | Michael Schuette, Esquire |
| Florida Bar #: 0338620 | Florida Bar No.: 0106181 |
| Morgan & Morgan, Tampa, P.A. | Dayle M. Van Hoose, Esquire |
| 201 North Franklin Street, 7th Floor | Florida Bar No.: 0016277 |
| Tampa, FL 33602 | Sessions, Fishman, Nathan, Israel, LLC |
| Telephone: (813) 223-5505 | 3350 Buschwood Park Dr., Suite 195 |
| Facsimile: (813) 223-5402 | Tampa, FL 33618 |
| tgomez@forthepeople.com | Telephone: (813) 890-2472 |
| jkneeland@forthepeople.com | Facsimile: (866) 466-3140 |
| *Counsel for Plaintiff* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Michael Schuette, Esquire and Dayle M. Van Hoose, Esquire, Sessions, Fishman, Nathan & Israel, L.L.C., 3350 Buschwood Park Drive, Ste. 195, Tampa, FL  33618 (mschuette@sessions.legal; dvanhoose@sessions.legal; and ycolon@sessions.legal).

/s/Octavio Gomez, Esquire
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620
*Counsel for Plaintiff*